RAYMOND ROMAN v. NEW JERSEY MANUFACTURERS
INSURANCE CO.

July 8, 1980.

Cross-Petition for certification denied.

SASSO CONTRACTING CO., INC. v. STATE OF NEW JERSEY.

July 8, 1980.

Petition for certification denied. (See 173 *N.J.Super.* 486)

STATE OF NEW JERSEY v. JAMES D. DE VITT.

July 8, 1980.

Leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Appellate Division for consideration of the appeal on the merits.

Jurisdiction is not retained.

PETER LUSARDI v. CURTIS POINT PROPERTY
OWNERS ASSOCIATION.

July 8, 1980.

Certification to Superior Court, Chancery Division, is granted.